UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIMON F. RANTEESI,

Petitioner,

v.

BRIAN CATES,

Respondent.

No. 2:24-cv-02522-DJC-EFB (HC)

ORDER

Petitioner proceeds without counsel in this petition for writ of habeas corpus. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within 21 days. Plaintiff has filed objections to the findings and recommendations. He has also filed a request to lodge documents (ECF No. 30), which the court will grant.

Petitioner has requested the appointment of counsel. ECF No. 33. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of

justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to lodge documents (ECF No. 30) is GRANTED.
2. Petitioner's motion for appointment of counsel (ECF No. 33) is DENIED.
3. The findings and recommendations filed August 25, 2026 are adopted in full.
4. Petitioner's motion for leave to file a second or successive petition (ECF No. 25) is DENIED.
5. Respondent's motion to dismiss (ECF No. 17) is GRANTED.
6. The Clerk of Court is directed to enter judgment in favor of respondent and close the case.
7. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, *see* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated: **September 30, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE